HENDERSON ET AL. VS. THE STATE.

Mr. Justice SCOTT : The two questions presented by this record, have been settled in the cases of *Fletcher and others vs. The State,* 7 *Eng.* 169, and *Washington vs. The State,* 8 *Eng.* 752. The judgment of the Circuit Court of Prairie county must be reversed, and the defendants discharged from prosecution.